FILED
17-0448
12/21/2017 4:53 PM
tex-21448027
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# No. 17-0448

## In The
## Supreme Court of Texas

HILARIO TORRES,

*Petitioner,*

v.

CHAUNCEY MANSELL and MUELLER SUPPLY COMPANY, INC.,

*Respondents.*

On Petition for Review from the Tenth Court of Appeals at Amarillo, Texas
No. 07-16-00016-CV

### UNOPPOSED MOTION FOR EXTENSION TO FILE BRIEF ON THE MERITS

| | |
|---|---|
| Sean R. Cox | Joe Lopez |
| State Bar No. 24031980 | Texas Bar No. 24041358 |
| LAW OFFICES OF SEAN R. COX | THE LOPEZ LAW FIRM |
| P.O. Box 130864 | 1502 West Avenue |
| Dallas, TX 75313 | Austin, Texas 78701 |
| Telephone: (214) 500-9280 | (512) 580-9962 |
| Fax: (844) 501-8688 | (512) 532-7077 (fax) |
| Email: scox@coxappellate.com | jl@joelopezlaw.com |

**Counsel for Petitioner**

**ORAL ARGUMENT REQUESTED**

**TO THE HONORABLE SUPREME COURT OF TEXAS:**

Petitioner, Hilario Torres, respectfully requests, pursuant to Texas Rule of Appellate Procedure 55.7, that the Court extend the due date for the filing of Petitioner's Brief on the Merits in this case. In support of this Unopposed Motion for Extension, Petitioner would respectfully show the Court the following:

1.      On December 8, 2017, this Court requested full briefing in this case.

2.      The deadline for filing Petitioner's Brief on the Merits in this case is currently January 8, 2018.

3.      Petitioner requests an extension of time to file his Brief on the Merits because the record in this case is substantial and the issues are complex. Additionally, Petitioner requests an extension because the undersigned counsel has been or is now operating under the following deadlines:

A.      Appellate briefing in *Campbell v. Allegheny Intl., Inc., et al*, Appellate Court of Illinois First Judicial District, No. 1-17-3051 (due January 4, 2018).

B.      Briefing on multiple motions to exclude expert testimony in *Lightfoot v. Georgia Pacific*, US. District Court, Eastern District of North Carolina, No. 7:16-cv-00244-FL (due January 8, 2017).

C.      Hearing on motion to dismiss in *Simon v. Katy Trail Ice House, et al*., No. CC-16-02766-A, Dallas County Court at Law (January 17, 2018).

D.      Trial in *Parish, v. Barba*, No. 416-04776-2013, in the 416th District Court of Collin County, Texas (beginning January 22, 2017).

E.  Briefing on motions to compel in *Blouin v. Avondale Industries, Inc., et al.*, No. 16-6245, Civil District Court for the Parish of Orleans, Louisiana (due December 28, 2017).

F.  Briefing on motion to compel in *Lopez v. Martinez*, No. DC-17-01100, Dallas County 298th District Court (filed December 19, 2017, hearing on January 19, 2018)

G.  Pre-trial briefing in *Molina v. Collin County*, No. 4:17-cv-00017, U.S. District Court, Eastern District of Texas (due December 22, 2017).

H.  Summary judgment briefing in *Edwards v. Albany International Corp., et al.*, South Carolina Court of Common Pleas, County of York, No. 13-CP-46-00368 (due December 29, 2018).

I.  Mediation in *Simon v. Katy Trail Ice House, et al.*, No. CC-16-02766-A, Dallas County Court at Law (held on December 14, 2017).

4.  This request is Petitioner's first request for an extension of time to file his Brief on the Merits.

5.  On December 21, 2017, Sean Cox, counsel for Petitioner, conferred with Respondents' counsel William Reid, inquiring as to whether Respondents would agree to the relief requested in this motion. Mr. Reid responded that Respondents are unopposed to the requested extension.

6.  Petitioner respectfully requests this Court grant an extension until February 7, 2018 for Petitioner to file his Brief on the Merits. This request is sought not solely for delay, but so that justice may be done in the disposition of this case.

**WHEREFORE, PREMISES CONSIDERED,** Petitioner respectfully requests that this Court grant their Unopposed Motion and extend the time until February 7, 2018 for Petitioner to file his Brief on the Merits.

Respectfully submitted,

By: /s/Sean R. Cox
Sean Cox
State Bar No. 24031980
LAW OFFICES OF SEAN R. COX
P.O. Box 130864
Dallas, TX 75313
Telephone: (214) 500-9280
Facsimile: (877) 270-0978
scox@coxappellate.com

Joe Lopez
Texas Bar No. 24041358
THE LOPEZ LAW FIRM
1502 West Avenue
Austin, Texas 78701
(512) 580-9962
(512) 532-7077 (fax)
jl@joelopezlaw.com

Counsel for Petitioner

## CERTIFICATE OF CONFERENCE

On December 21, 2017, Sean Cox, counsel for Petitioner conferred with Respondents' counsel William Reid, inquiring as to whether Respondents would agree to the relief requested in this motion. Mr. Reid stated that Respondents are unopposed to the requested extension.

/s/Sean R. Cox
Sean R. Cox

## CERTIFICATE OF SERVICE

This is to certify that on the 21st day of December, 2017, a true and correct copy of the above and foregoing instrument was served via Electronic Service, upon the following counsel of record in accordance with the Texas Rules of Appellate Procedure:

William E. Reid
REID & DENNIS, P.C.
Tollway Towers South
15660 Dallas Tollway, Ste. 1400
Dallas, Texas 75248
Telephone: (972) 991-2626
Email: wreid@reiddennis.com

John M. Frick
BENNETT, WESTON LAJONE & TURNER, P.C.
1603 LBJ Fwy Ste 280
Dallas, TX 75234
Telephone: (972) 662-4901
Email: jfrick@bennettweston.com

Wanda McKee Fowler
WRIGHT & CLOSE, L.L.P.
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Email: fowler@wrightclose.com

**Counsel for Respondents**
**Chauncey Mansell and**
**Mueller Supply Company, Inc**.

*/s/ Sean R. Cox*
Sean R. Cox